Shirley V. Remmert
Eva D. Remmert
1000 Twin Dolphin Drive, Apt. 306
Redwood City, CA 94065
Tel. (510) 610-0962
Email: shirleyremmert4@gmail.com

**RECEIVED OCT 01 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## United States District Court
### For the
### Northern District of California

**CV· 25  80303 MISC**    EJD

Shirley V. Remmert,
Eva D. Remmert aka Eva Al-Zaghari,
**Plaintiffs**

v.

Nominal Defendant United States President
   Donald J. Trump;

Real Defendants:
   State of California
      Governor Gavin Newsom;
   San Mateo County
      Executive Officer Michael Callagy;
   Davis Guest Home
      Owner Lonny Davis;
**Defendants.**

Case No.

**Shirley Remmert's Request
For a Prefiling Order** Exhibits A, B

*In* COMPLAINT OF CIVIL TERRORISM
AND REQUEST FOR INJUNCTION OF
CONSERVATORSHIP AND
CUSTODY BY DAVIS GUEST HOME

Civil Rights Violation under
Color of Law - 42 USC section 1983;
Americans with Disabilities Act of 1990

22 pp.

Plaintiff's Request for a Prefiling Order

1

1.      I, Petitioner Shirley V. Remmert, seek a prefiling order for the present Complaint and Request for an Injunction of the conservatorship of my daughter, Eva Remmert (aka Eva Al-Zaghari) and Davis Guest Home's custody of her. The prefiling order is required by U. S. District Court Judge Marilyn Hall Patel's order of August 15, 2001 **(Exhibit A)**, issued against Eva Remmert and me. Eva was not conserved at that time.

2.      I believe that Judge Patel's order does not apply in the present Complaint and Injunction. Most of the claims made in the Complaint and Injunction were not made before Judge Patel in 2001. The only matter brought before her, listed in the Complaint and Injunction, is the following:

> Sections 10 and 19 in the Complaint and Injunction: (Alleged Theft of Eva's Newborn, 1999)

### A.         State Grounds related to Judge Patel's Order

3.      In the three orders made around the time of Judge Patel's 8/15/2001 order (Exhibit A), the judge wrote that I had to go to state court for state matters.

4.      My subsequent discovery of federal grounds for the case was not accepted by later judges.

5.      The federal vexatious litigant statute under 28 U.S.C section 1927 often looks to the state's definition of vexatious litigant to determine if prefiling orders or other sanctions are warranted.

6.      Evidence to support a finding of vexatious litigation includes a party's repeated filings of unmeritorious motions, pleadings, and other papers; unnecessary discovery; other frivolous tactics; filing numerous cases against the same defendants without a chance of prevailing; or multiple previous adverse final decisions in at least five lawsuits within seven years, according to California Code of Civil Procedure § 391(b).

7. On August 5, 2025, I submitted the papers to vacate the State vexatious litigant order to the clerks in the Superior Court **(Exhibit B)**. The papers show that I have filed less than five federal and state lawsuits in the past seven years. The subject vexatious litigant cases, No. CIV 423597 and F055586, both resulting in arguably voidable orders in 2003, were conducted without trial.

8. As of September 17, 2025, the Presiding Judge Hon. Stephanie Garratt has not responded to my request for an order to the clerks to file the papers in Exhibit B.

9. I have followed the orders of Judge Patel and abided by the California Code of Civil Procedure section 391.7 and VL-120.

### B. Federal Grounds for a Prefiling Order

10. In this complaint, the Real Defendants in the government branches of the State of California, in San Mateo County, and Davis Guest Home, are destroying the constitutional framework of the state by covering up the true purpose of locking up my daughter in the twentieth year of a conservatorship and forcibly drugging her.

11. The persecution of my family can be traced back to the revolution of 1963 ~ 1968, when the Kennedy Administration terminated through assassinations. My mother, Julia Venoya, an electronics engineer, was hired by the successive Johnson Administration in 1963 and worked to continue a top secret project at Lockheed in Sunnyvale during the Vietnam War. In 1970, she refused a bribe to sign her approval of a defective bomb. In 1973, Henry Kissinger under President Nixon, was appointed as Secretary of State, beginning the age of *Realpolitik,* "a system of politics or principles based on practical rather than moral or ideological considerations." (Google)

12. My mother could no longer work because of a home invasion in Menlo Park, where she was given hallucinogens while sleeping. I discovered that her doctor, named

"McGee", employed by Dr. Milton Saier, M.D. of the Palo Alto Medical Clinic, had been prescribing radioactive iodine to her since 1963 to induce cancer. In 1976, my mother was tricked into entering a hospital. She was drugged with haldol and falsely diagnosed with schizophrenia.

13.     When my mother refused to sell her properties in San Mateo County, my daughter, Eva Remmert, then fifteen, was targeted for a home invasion in 1990, where she was gang-raped and her egg was extracted for trafficking. After suffering from further intrigue for the next fifteen years, she was conserved by the County in 2005 through alleged fraud. She is being isolated and forcibly drugged in the twentieth year of the conservatorship.

### C.     The Real Defendants inflict harm with impunity.

14.     The Real Defendants continue to inflict harm on my daughter, as they are not required to account for their custody of my daughter and the dangerous medical treatment.

### D.     The complaint and request for an injunction is now a life and death issue.

15.     The Real Defendants blocked visits with my daughter and telephone calls to her for seven months (February ~ September 1, 2025). In February, the Sheriff of Stanislaus County refused to enforce my legal right to visit. There is no restraining order on me.

No attorney will take the case.

16.     On September 1, 2025, one visit was allowed. During the visit, Eva told me that Davis Guest Home did not tell her that my communication with the facility and my visits with her had been blocked for seven months. Several months after the blockade of visits, Eva stopped eating and collapsed. She told me that she woke up in an

ambulance. Davis Guest Home is threatening to give her a colonoscopy. No one will tell me when or if I can visit Eva again.

17.    Another seven months of no contact with Eva will be torture for her.

18.    For the above reasons, the court should grant a prefiling order for the Complaint and Request for an Injunction of my daughter's conservatorship and of Davis Guest Home's custody. Once she is free, we will be able to assess her injuries and damages.

   I declare that the above statement is true and correct under the penalty for perjury of the federal laws.

Respectfully submitted,

_PLAINTIFF Shirley V. Remmert_  _September 29, 2025_
Plaintiff Shirley V. Remmert                                 Date

5

Plaintiff's Request for a Prefiling Order